UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-CR-20527-SEITZ

UNITED STATES OF AMERICA,

v.

TIFFANY SMITH,
Defendant.
_____/

## ORDER DENYING MOTION FOR BOND PENDING APPEAL

THIS MATTER is before the Court on the Defendant's Motion for Release Pending Appeal [DE-104], her Supplemental Briefing in Support of Her Motion for Bond Pending Appeal [DE-127], and the Government's response [DE-126]. Defendant's initial motion was denied without a statement of reasons for the denial. On appeal, the Eleventh Circuit remanded the motion for the limited purpose of entry of an order stating the reasons for the denial. *See* DE-124. The Eleventh Circuit's opinion also suggested that supplemental briefing might be helpful to this Court. Consequently, Defendant and the Government filed additional briefing [DE-126 & 127] at this Court's behest.

In order to prevail on her motion, Defendant must show by clear and convincing evidence that she is not likely to flee if released and that her appeal is "not for the purpose of delay and raises a substantial question of law or fact likely to result in– (i) reversal, (ii) an order for a new trial, (iii) a sentence that does not include a term of imprisonment, or (iv) a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process." 18 U.S.C. § 3143(b)(1). Defendant cannot meet either requirement.

Defendant was charged with and tried on one count of access device fraud and one count of aggravated identity theft. The jury found Defendant guilty on both counts. Thereafter,

Defendant filed a Motion for New Trial, in which she argued that she was prevented from presenting her defense because of evidentiary rulings and that the Court erred by permitting the use of hearsay evidence. The Court denied the Motion for New Trial. *See* DE-81.

Defendant raises those same arguments in her current Motion for Bond. A trial court's evidentiary rulings are reviewed by an appellate court using the abuse of discretion standard of review. *United States v. Drury*, 396 F.3d 1303, 1315 (11th Cir. 2005). Consequently, for the same reasons set out in the order denying the Motion for a New Trial, the Court finds that Defendant has not shown that her appeal raises a substantial question of law or fact that is likely to result in reversal, an order for new trial, or a change in her sentence.

Defendant also argues that the Government made improper arguments at trial. However, Defendant did not object to these arguments during trial. Further, when put into context, the statements Defendant relies on were not improper. Consequently, the Court finds that Defendant has not shown that her appeal raises a substantial question of law or fact that is likely to result in reversal, an order for new trial, or a change in her sentence.

Finally, Defendant has not shown that she is not a flight risk. Defendant is now a convicted felon. Both the fraudulent nature of her crimes and the fact that Defendant was not honest when she testified bolster this conclusion. Therefore, Defendant has failed to meet her burden of establishing that she is not a flight risk. Accordingly, it is

ORDERED that Defendant's Motion for Release Pending Appeal [DE-104] is DENIED.

DONE AND ORDERED in Miami, Florida, this 17th day of October, 2016.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record